```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  7-21-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRANCISCO PAVON, on behalf of himself
and other similarly situated,

    Plaintiff,

  v.

DANIEL'S BAGEL CORP. d/b/a DANIEL'S
BAGEL, YUVAL EDRY, and ARYE
LEWKOVITZ,

    Defendants.
-----------------------------------------------------------x

15 CV 8376

STIPULATION OF
DISMISSAL WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, that the Complaint in the above-captioned action and all claims alleged therein are dismissed with prejudice, with each party to bear its/her/his own fees and costs.

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with facsimile and/or electronic signatures (including .pdf or .tiff) being deemed effective as though original.

Dated: 7/18, 2016

Law Offices of Robert L. Kraselnik, PLLC

By: _____
Robert L. Kraselnik, Esq.
40-08 Case Street, 2nd Floor
Elmhurst, NY 11373
Telephone: (646) 342-2019
Fax: (646) 661-1317

*Attorneys for Defendants*

Dated: July 18, 2016

Michael Faillace & Associates, P.C.

By: _____
Joshua S. Androphy, Esq.
60 East 42nd Street, Suite 2540
New York, NY 10165
Telephone: (212) 317-1200
Fax: (212) 317-1620

*Attorneys for Plaintiff*

SO-ORDERED

_____ Dated: July 21, 2016
The Hon. Laura Taylor Swain

10